No. 92–7212. WARE v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–7222. ZURITA v. McGUFFIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7223. WHITE v. WHITLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–7224. TATES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–7228. NORTHINGTON v. VERDUN. Ct. App. Mich. Certiorari denied.

No. 92–7230. JACKSON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 92–7234. FERDIK v. CORBETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7236. JONES v. HERBERT, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–7240. DANSBY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–7243. JOHNSON v. BORG, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–7244. GAGER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–7250. GAGER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–7252. MORRISON v. PENNSYLVANIA STATE BOARD OF MEDICINE ET AL. Sup. Ct. Pa. Certiorari denied.

No. 92–7258. McNEAR v. DENNY'S INC. C. A. 8th Cir. Certiorari denied.

No. 92–7260. MARTIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.